IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIELY M. ORTIZ,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BIOANALYTICAL INSTRUMENTS, INC., ET AL.,** <br><br> **Defendants.** | **CIVIL NO. 15-2196 (PAD)** |

## JUDGMENT

In light of this court's order (Docket No.101) and pursuant to the joint "Stipulation of Dismissal with Prejudice" (Docket No. 100), judgment is entered dismissing plaintiff's claims with prejudice. The parties are to bear their own costs.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of August, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
